IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DONALD MOYER,

    Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of the Social Security Administration,

    Defendant.

CIVIL ACTION
NO. 15-3748

**ORDER**

**AND NOW**, this 24th day of October 2018, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Henry S. Perkins (Doc. No. 14), Plaintiff's Objections to the Report and Recommendation (Doc. No. 15), Defendant's Response to Plaintiff's Objections (Doc. No. 17), the record in this case, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Plaintiff's Objections to the Report and Recommendation (Doc. No. 15) are **OVERRULED**.

2. The Report and Recommendation (Doc. No. 14) is **APPROVED** and **ADOPTED**.

3. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.